GEORGE CRISPIN, Respondent, *v.* BENJAMIN T. BABBITT, Appellant.

(Submitted April 13, 1888; decided May 1, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 21, 1885, which affirmed a judgment in favor of plaintiff, entered on a verdict, and an order denying a motion to set said verdict aside.

*Daniel G. Rollins* and *Delos McCurdy* for appellant.

*Nicholas E. Kernan* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ANDREW F. KINDBERG, Respondent, *v.* SAMUEL T. FREEMAN, Impleaded, etc., Appellant.

(Argued April 16, 1888; decided May 1, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1886, which affirmed a judgment of foreclosure and sale, entered upon an order of the Special Term.

*Robert Murray* for appellant.

*Albert Smith* for respondent.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.